UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEO McKAYE,

                Plaintiff,            No. 05-CV-73968-DT

vs.                                          Hon. Gerald E. Rosen

SHERRY BURT,

                Defendants.
_____/

ORDER REMANDING CASE TO THE MAGISTRATE JUDGE

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    January 26, 2007

        PRESENT:  Honorable Gerald E. Rosen
                               United States District Judge

This Section 1983 prisoner civil rights action is presently before the Court on the October 27, 2006 Report and Recommendation of United States Magistrate Judge Wallace Capel, Jr., recommending that the Court grant Defendant's Motion to Dismiss and dismiss Plaintiff's Complaint in its entirety for failure to exhaust available administrative remedies. Although no timely objections have been filed, having reviewed and considered the Magistrate Judge's Report and Recommendation, and the entire record of this matter, the Court finds insufficient basis for dismissal of Plaintiff's Complaint at this time in light of the United States Supreme Court's January 22, 2007 decision in *Jones v. Bock*, ___ U.S. ___, ___ S.Ct. ___, 2007 WL 135890 (Jan. 22, 2007). Therefore, this case is REMANDED to the Magistrate Judge for further consideration in light of the

Supreme Court's rulings.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated:  January 26, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2007, by electronic and/or ordinary mail.

                              s/LaShawn R. Saulsberry
                              Case Manager